**THE HASSETT LAW FIRM, P.L.C.**
**1221 East Osborn Road**
**Suite 200**
**Phoenix, Arizona 85014-5541**
**(602) 264-7474**

Myles P. Hassett, No. 012176
mph@hassettlawfirm.com
Jamie A. Glasser, No. 029729
jamie@hassettlawfirm.com
Stefanie J. Anderson, No. 030080
sja@hassettlawfirm.com
*Attorneys for Plaintiff*
*Partners Credit and Verification Solutions, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Partners Credit and Verification Solutions, LLC, f/k/a Old Republic Credit Services, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Alliance Financial Resources, LLC, a defunct Arizona limited liability company, d/b/a Alliance Home Loans, an expired tradename entity; Jamie Korus, n/k/a Jamie Korus Pearce and Cody J. Pearce, Wife and Husband, on behalf of the marital community,<br><br>Defendants. | NO.<br><br>**COMPLAINT**<br><br><br>**Breach of Contract; Unjust Enrichment; Account Stated; Fraudulent Transfer** |

Plaintiff Partners Credit and Verification Solutions, LLC, f/k/a Old Republic Credit Services ("Partners Credit") for its Complaint against Defendants, alleges as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. Plaintiff Partners Credit is a California limited liability company, with its principal place of business in Illinois.

2. Defendant Alliance Financial Resources, LLC ("Alliance") is a defunct Arizona limited liability company having voluntarily terminated its corporate status with the Arizona Corporation Commission by filing Articles of Termination on August 27, 2018. Prior to Alliance's termination as a limited liability company, it was doing business in the State of Arizona.

3. Alliance Financial Resources, LLC's tradename, Alliance Home Loans, was terminated with the Arizona Secretary of State on July 24, 2018.

4. Jamie Korus Pearce and Cody J. Pearce are wife and husband and residents of Maricopa County, Arizona. Cody J. Pearce is named in this Complaint for the purpose of ensuring jurisdiction over the Pearce marital community.

5. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because diversity exists between the parties and the matter in controversy exceeds $75,000, exclusive of interest and costs.

6. Venue is proper because a substantial part of the events or omissions

giving rise to the claim occurred in the State of Arizona.

**GENERAL ALLEGATIONS**

7. Partners Credit is a consumer reporting agency that sells reports that include information from one or more of the national credit information repositories.

8. Partners Credit and Alliance first entered into a contractual service agreement on or about November 16, 2006 (the "Initial Agreement"). A true and correct copy of the Initial Agreement is attached as **Exhibit A** and incorporated by reference.

9. Defendant Jamie Korus Pearce served as the President of Alliance and personally guaranteed the Initial Agreement (the "Guaranty").

10. Partners Credit and Alliance renewed their contractual service agreement on or about June 14, 2012 (the "First Renewal"). A true and correct copy of the First Renewal is attached as **Exhibit B** and incorporated by reference.

11. Partners Credit and Alliance again renewed their contractual service agreement on February 13, 2014 (the "Second Renewal"). A true and correct copy of the Second Renewal is attached as **Exhibit C** and incorporated by reference.

12. Both the First Renewal and the Second Renewal contain provisions stating the agreements will "be governed by and construed in accordance with the laws of the state of California, without reference to the principles of conflict of laws of such state." *See* Ex. B, Section 17; Ex. C, Section 17.

13. The Initial Agreement, the Guaranty, the First Renewal, and the Second Renewal shall be collectively referred to as the "Agreement."

14. Pursuant to the Agreement, Partners Credit agreed to provide Alliance with reports containing identifying information, credit history, employment and public record information on individuals, firms, or corporations. *See* Ex. B, Section 1; Ex. C, Section 1. Alliance agreed to pay Partners Credit for all reports it provided. *See* Ex. B, Section 10, Ex. C, Section 10.

15. Alliance's obligations under the Agreement were guaranteed in full by Defendant Korus Pearce. *See* Ex. A at Guaranty.

16. Partners Credit provided monthly invoices to Alliance for amounts due under the Agreement.

17. Alliance failed to pay the monthly invoices for March, April, May, and June 2018, resulting in an outstanding balance of $248,105.72.

18. On or about July 9, 2018, Partners Credit and Alliance entered into a modified payment plan agreement in which Alliance agreed to pay Partners Credit $10,000 per week for the existing amount due and to resume paying monthly invoices going forward.

19. Alliance made several weekly payments via ACH wire transfer as part of the payment plan.

20. On August 1, 2018, Alliance notified Partners Credit that it would be

unable to adhere to the payment plan and stopped ACH transfers on future weekly payments despite still owing $210,643.65 to Partners Credit.

21. At all times, there existed a unity of interest in the ownership between Alliance and Defendant Korus Pearce such that the individuality and separateness between them ceased and Alliance is the alter ego of Korus Pearce in that, among other things (a) Korus Pearce controlled the business and affairs of Alliance and made all decisions pertaining to Alliance, (b) she held herself out as personally liable for the debts of Alliance, and (c) Alliance was so inadequately capitalized as to not be able to carry out its intended business or to pay its debts and obligations. Accordingly, the individuality of Alliance should be disregarded pursuant to the doctrine of piercing the corporate veil.

### FIRST CAUSE OF ACTION
**(Breach of Contract – All Defendants)**

22. Partners Credit incorporates by reference all prior allegations of this Complaint as though fully set forth herein.

23. Partners Credit and Defendants entered into a valid contract for services on or about November 16, 2006 and renewed their contractual relationship on February 13, 2014, as evidenced by the Agreement.

24. Defendants breached the Agreement by refusing to pay Partners Credit for services rendered under the Agreement.

25. Partners Credit has made a demand upon Defendants for payment and

Defendants have refused or neglected to pay.

26. Defendants are indebted to Partners Credit in the amount of $210,643.65, plus accruing interest.

27. Partners Credit has suffered damages as a direct and proximate result of Defendants' failure to pay the amounts due and owing under the Agreement and will continue to suffer damages in the future until the amounts are paid in full.

28. Pursuant to the Agreement, Partners Credit is entitled to recover from Defendants its reasonable attorneys' fees and costs incurred to collect the amounts due and owing under the Agreement. *See* Ex. B, Section 10; Ex. C, Section 10.

29. Additionally, Partners Credit is entitled to recover reasonable attorneys' fees pursuant to Cal. Civ. Code § 1717 because this action arises out of contract.

**SECOND CAUSE OF ACTION**
**(Unjust Enrichment – All Defendants)**

30. Partners Credit incorporates by reference all prior allegations of this Complaint as though fully set forth herein.

31. As a result of Defendants' failure to pay Partners Credit for its services, Defendants have been unjustly enriched at the expense of Partners Credit in the amount of $210,643.65, the reasonable value of services performed for Defendants by Partners Credit.

32. Defendants unjustly retained the benefit of non-payment at the expense of Partners Credit, and Partners Credit is entitled to be restored to the value and rights it has unjustly lost.

33. This action arises out of a contract, express or implied, and Partners Credit is entitled to recover the reasonable attorneys' fees incurred herein, pursuant to Cal. Civ. Code § 1717.

### THIRD CAUSE OF ACTION
**(Account Stated-All Defendants)**

34. Partners Credit incorporates by reference all prior allegations of this Complaint as though fully set forth herein.

35. If this Court should find the Agreement between Partners Credit and Defendants not enforceable for any reason, Partners Credit brings this claim for account stated.

36. Defendants are indebted to Partners Credit in the amount of $210,643.65.

37. This action arises out of a contract, express or implied, and Partners Credit is entitled to recover the reasonable attorneys' fees incurred pursuant to Cal. Civ. Code § 1717.

### FOURTH CAUSE OF ACTION
**(Fraudulent Transfer-Uniform Fraudulent Transfer Act – All Defendants)**

38. Partners Credit incorporates by reference all prior allegations of this Complaint as though fully set forth herein.

39. Defendants failed to pay monthly invoices for March, April, May, and

7

June 2018 for services rendered by Partners Credit, resulting in an outstanding balance of $248,105.72.

40. On or about July 9, 2018, Partners Credit and Defendants entered into a modified payment plan agreement in which Defendants agreed to pay Partners Credit $10,000 per week for the existing amounts due and would resume paying monthly invoices going forward.

41. Defendants made several weekly payments via ACH wire transfer as part of the payment plan.

42. On August 1, 2018, Alliance notified Partners Credit that it would be unable to adhere to the payment plan and stopped ACH transfers on future weekly payments.

43. On August 27, 2018, Defendant Korus Pearce filed Articles of Termination for Alliance with the Arizona Corporation Commission, affirming that all of Alliance's "known properties and assets have been applied and distributed."

44. Defendants made this distribution of Alliance's assets after Partners Credit's claim arose and with the intent to hinder, delay, or defraud Partners Credit.

45. As a direct and proximate result of Defendants' actions, Partners Credit was injured and is presently owed $210,643.65 by Defendants.

WHEREFORE, Partners Credit requests judgment against Alliance and the marital community consisting of Jamie Korus Pearce and Cody Pearce, jointly and severally, as follows:

1.  For an award of general and compensatory damages in an amount to be proven at trial, but not less than $210,643.65, with interest at the statutory rate, until paid in full;

2.  In the event of default, for an award of $210,643.65, with interest at the statutory rate, until paid in full;

3.  For an award of all taxable costs incurred prior to and as a result of the filing of this lawsuit;

4.  In the event of default, for an award of all taxable costs incurred prior to and as a result of the filing of this lawsuit;

5.  For an award of pre-judgment interest on all amounts due and owing to Partners Credit from March 1, 2018 to the present;

6.  In the event of default, for an award of pre-judgment interest on all amounts due and owing to Partners Credit from March 1, 2018 to the present;

7.  For an award of Partners Credit's attorneys' fees, with interest at the highest rate permitted by law from September 19, 2018, until paid;

8. In the event of default, for an award of Partners Credit's attorneys' fees, in the amount of no less than $5,000.00, with interest at the highest rate permitted by law from September 19, 2018, until paid;

9. For all post-judgment costs and attorneys' fees from the entry of judgment, with accruing interest, until paid in full;

10. For such other and further relief as the Court may deem just and reasonable under the circumstances.

RESPECTFULLY SUBMITTED this 8th day of October, 2018.

                                          THE HASSETT LAW FIRM, P.L.C.

                                          By: *s/Myles P. Hassett*
                                               MYLES P. HASSETT
                                               JAMIE A. GLASSER
                                               STEFANIE J. ANDERSON
                                               *Attorneys for Plaintiff*
                                               *Partners Credit and Verification Solutions, LLC*

Original e-filed this 8th day of October, 2018, with:

Clerk of United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, Arizona 85003


*s/ Jeanette A. Gurski*
30687/Complaint

10