**THE HASSETT LAW FIRM, P.L.C.**
**1221 East Osborn Road**
**Suite 200**
**Phoenix, Arizona 85014-5541**
**(602) 264-7474**

Myles P. Hassett, No. 012176
mph@hassettlawfirm.com
Jamie A. Glasser, No. 029729
jamie@hassettlawfirm.com
Stefanie J. Anderson, No. 030080
sja@hassettlawfirm.com
*Attorneys for Plaintiff Partners Credit and Verification Solutions, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Partners Credit and Verification Solutions, LLC, f/k/a Old Republic Credit Services, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Alliance Financial Resources, LLC, a defunct Arizona limited liability company, d/b/a Alliance Home Loans, an expired tradename entity; Jamie Korus, n/k/a Jamie Korus Pearce and Cody J. Pearce, Wife and Husband, on behalf of the marital community,<br><br>Defendants. | **NO. CV18-3207-PHX-JJT**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Partners Credit and Verification Solutions, LLC gives notice of dismissal with prejudice of Defendants

Alliance Financial Resources, LLC d/b/a Alliance Homes Loans, Jamie Korus n/k/a Jamie Korus Pearce, and Cody J. Pearce. Defendants have not yet served an answer or a motion for summary judgment.

DATED this 12th day of December, 2018.

          THE HASSETT LAW FIRM, P.L.C.

By: *s/ Stefanie J. Anderson*
    MYLES P. HASSETT
    JAMIE A. GLASSER
    STEFANIE J. ANDERSON
    *Attorneys for Plaintiff Partners Credit and Verification Solutions, LLC*

Original e-filed this 12th day of December, 2018, with:

Clerk of United States District Court
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, Arizona 85003

Copy of the foregoing delivered by ecf system this 12th day of December, 2018, to:

Honorable John J. Tuchi
Judge of United States District Court
Sandra Day O'Connor U.S. Courthouse
Suite 525, 401 West Washington Street, SPC 83
Phoenix, Arizona 85003-2161

Copy of the foregoing mailed this 12th day of December, 2018, to:

. . .

. . .

Christian W. Hancock, Esq.
Matthew S. DeAntonio, Esq.
Bradley Arant Boult Cummings LLP
214 North Tryon Street
Suite 3700
Charlotte, NC 28202-1078
*Attorneys for Defendants Cody J. Pearce,
Alliance Financial Resources, LLC, d/b/a
Alliance Home Loans, and Jamie Korus Pearce*

 *s/ Jeanette A. Gurski*
30687/Notice – Dismissal with Prejudice